# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ED D. COMBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Cause No. 1:17-cv-3723 |
| | ) |
| MENARD INC., | ) |
| | ) |
| Defendant. | ) |

## PETITION FOR REMOVAL OF ACTION

Defendant, Menard, Inc., by its counsel, and for its Petition for Removal of Action states as follows:

1. On August 1, 2017, Plaintiff filed his Complaint in the Marion County Superior Court No. 13 under Cause Number 49D13-1708-CT-29905. Plaintiff alleges that he sustained damages as a result of an incident at a Menard's store.

2. Defendant Menard, Inc. is incorporated under the laws of the State of Wisconsin with its principal place of business in Eau Claire, Wisconsin.

3. Plaintiff is a citizen of the State of Indiana.

4. This cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

5. Pursuant to Local Rule 81.1, Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff's Complaint has an open prayer for damages and alleges that Defendant, its employee(s) and/or agent(s) breached its duty to Plaintiff causing Plaintiff to "suffer damages, including personal injury, medical expenses, physical pain,

and mental suffering" and lost wages.  Counsel for Plaintiff has confirmed that the amount in controversy exceeds Seventy-five Thousand Dollars ($75,000.00).

6. Defendant Menard, Inc. was served with Plaintiff's Complaint by facsimile on October 3, 2017.

7. This Petition for Removal is being filed with the Court within thirty (30) days after Plaintiff's Complaint was first served on Defendant Menard, Inc.

8. Copies of all pleadings filed in the state court action that are in the possession of Defendant Menard, Inc. and are attached as Exhibit "A".

9. Contemporaneously herewith, written notice is being provided to all adverse parties and to the Clerk of the Marion Superior Court No. 13 that this Notice of Removal is being filed in this Court.

WHEREFORE, Defendant, Menard, Inc., prays that the entire state court action under Cause Number 49D13-1708-CT-29905 now pending in the Marion County Superior Court No. 13 of Indiana be removed to this Court for all further proceedings.

Dated this 17th day of October, 2017.

>  */s/ Leslie B. Pollie*
>  Leslie B. Pollie (#25716-49)
>  Jessica N. Hamilton (#34268-71)
>  KOPKA PINKUS DOLIN PC
>  550 Congressional Blvd., Suite 310
>  Carmel, IN  46032
>  Telephone: 317-814-4049
>  Facsimile:  317-818-1390
>  Email:  lbpollie@kopkalaw.com
>  Email:  jnhamilton@kopkalaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2017, a true and correct copy of the foregoing was electronically served upon the following using the Court's CM/ECF system:

Matthew W. Forsythe
Sevenish Law firm PC
101 W. Ohio Street, #1540
Indianapolis, IN  46204
*matthew.forsythe@sevenishlaw.com*

          */s/Leslie B. Pollie*